**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No.   13-50561 |
| Plaintiff-Appellee, | D.C. No. |
| v. | 3:13-mj-03928-BLM-LAB-1 |
| | Southern District of California, |
| | San Diego |
| **RENE SANCHEZ-GOMEZ**, | |
| Defendant-Appellant. | **ORDER** |

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No.   13-50562 |
| Plaintiff-Appellee, | D.C. No. |
| v. | 3:13-mj-03882-JMA-LAB-1 |
| | Southern District of California, |
| | San Diego |
| **MOISES PATRICIO-GUZMAN**, | |
| Defendant-Appellant. | |

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 13-50566 |
| Plaintiff-Appellee, | D.C. No.<br>3:13-cr-04126-JLS-1 |
| v. | Southern District of California,<br>San Diego |
| **JASMIN ISABEL MORALES, AKA Jasmin Morales**, | |
| Defendant-Appellant. | |

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 13-50571 |
| Plaintiff-Appellee, | D.C. No.<br>3:13-cr-03876-MMA-1 |
| v. | Southern District of California,<br>San Diego |
| **MARK WILLIAM RING**, | |
| Defendant-Appellant. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.